No. 5,387.—FARMERS' STATE BANK, RESPONDENT, *v.* SADIE ANDERSON, APPELLANT.

*Appeal from District Court, Sheridan County.*

Decided September 29, 1923.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is granted and the appeal is accordingly dismissed.

*Mr. Grant Bakewell,* for Respondent.

---

No. 5,403.—STATE EX REL. FOREST WALTERS, RELATOR, *v.* DISTRICT COURT OF THE ELEVENTH JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control addressed to the District Court of Flathead County and C. W. Pomeroy, Judge thereof.

Decided October 6, 1923.

PER CURIAM.—Relator's application for Writ of Supervisory Control herein is, after due consideration, denied.

*Messrs. Stewart & Brown,* for Relator.